# MEMO ENDORSED

Justice Brunson
03 A-3750
Clinton Corr Fac.
P.O. Box 2001
Dannemora N.Y.
12929



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

To: Lewis A. Kaplan (L.A.K).
United States District Judge
United States District Court
500 PEARL STREET
NEW YORK, NEW YORK 10007

NOTICE OF APPEAL PURSUANT 28 U.S.C. 2253

RE: Brunson V. ARTUS, 07-CV-7579 (LAK)

Dear Judge L. Kaplan,

I'm writting to you in regard of the Attorney General office, I've just receive, their opposition on Feb 27, 2008, I'm Filing for a certificate of appealability To this Court. I'm asking for permission from you to appeal to Second Circuit or an evidentiary hearings. The ground I wanna appeal is for the finger prints latent, and Identification

Petition request the form to bring this appeal, and the affidavit supporting appeal. I wanna thank you in advance for your time, patience, consideration

Dated: Feb. 27, 2008

Respectfully Submitted
Justice Brunson
03A 3750
Clinton Corr Fac
P.O. Box 2001
Dannemora N.Y.
12929

C.C.
Justice Brunson

Certificate of appealability denied. Any appeal from my 11/26/07 order would not be taken in good faith.

SO ORDERED

LEWIS A. KAPLAN, USDJ

3/5/08

pies mailed 3/5/08
Chambers of Judge Kaplan
LBD