**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JUSTICE BRUNSON,

                Petitioner,         07 **CIVIL** 7579 (LAK)

  -against-                                **JUDGMENT**

DALE ARTUS,

                Respondent.
------------------------------------------------------------X

A petition for habeas corpus having been submitted to the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on March 5, 2008, having rendered its Order denying the petition in all respects, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 5, 2008, the petition is denied in all respects; the Court finds that because no substantial showing is presented, a certificate of appealability is denied; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal herefrom would not be taken in good faith.

**DATED:** New York, New York
            March 6, 2008

                                      **J. MICHAEL McMAHON**
                                            Clerk of Court
                BY:
                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____