UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __19__

Brunson
-v-
Artus

U.S.C.A. # _____

U.S.D.C. # __07-cv-7579__

JUDGE: __LAK__

DATE: __April 28, 2008__

*U.S. DISTRICT COURT FILED APR 28 2008 S.D. OF N.Y.*

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ------------------------------------------------

**DOCUMENT DESCRIPTION**                                            **DOC. #**

_____CLERK'S CERTIFICATE_____

_____SEE ATTACHED LIST OF NUMBERED DOCUMENTS_____

_____** ONLY CIRCLED DOCUMENTS ARE INCLUDED **_____

_____** ALL OTHERS MISSING AT THIS TIME **_____

(✓) Original Record                              (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __28th__ Day of __April__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

*Brunson*

-v-

*Artus*

---------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # *07-cv-7579*

JUDGE: *LAK*

DATE: *April 28, 2008*

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __18__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

_____       _____

_____       _____

_____       _____**BALANCE OF FILE MISSING AT THIS TIME**_____

_____       _____

_____       _____

_____       _____

_____       _____

_____       _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **28th** Day of **April** In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ᴺᴰ year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-07579-LAK**
**Internal Use Only**

Brunson v. Artus
Assigned to: Judge Lewis A. Kaplan
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/27/2007
Date Terminated: 03/06/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2007 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. (Signed by Judge Kimba M. Wood on 08/23/2007) The Clerk's Office Has Mailed Copies.(jma) (Entered: 08/30/2007) |
| 08/27/2007 | | Magistrate Judge George A. Yanthis is so designated. (jma) (Entered: 08/30/2007) |
| 08/27/2007 | 2 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Justice Brunson.(ae) Modified on 2/29/2008 (ae). (Entered: 02/29/2008) |
| 09/12/2007 | 3 | NOTICE OF CASE REASSIGNMENT to Judge Lewis A. Kaplan. Judge Charles L. Brieant is no longer assigned to the case. (laq) (Entered: 09/14/2007) |
| 09/12/2007 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 09/14/2007) |
| 09/14/2007 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 09/14/2007) |
| 10/19/2007 | 5 | Rule 4(m) Letter. Please make arrangements to have the summons and complaint promptly served on defendants by filing out and forwarding to the U.S. Marshal the forms provided to you by the Pro Se office. If service is not made upon the defendant(s) or you fail to show good cause why such service has not been effected Judge Kaplan will dismiss the action on Decemer 26, 2007. (djc) (Entered: 11/01/2007) |
| 10/29/2007 | 4 | Rule 4(m) Warning Letter addressed and forwarded to Justice Brunson. Please make arrangement to have the summons and complaint promptly served on defendant(s) by filling out and forwarding to the U.S. Marshal the forms provided to you by the Pro Se Office. If service is not made upon the defendant(s) or you fail to show good cause why such service has not been effected Judge Kaplan will dismiss the action on December 26, 2007. (djc) (Entered: 11/01/2007) |
| 11/01/2007 | | Received Return Receipt of 4 Remark, as to Justice Brunson, which was served by Certified Mail #7002 2410 0002 6963 5658, on 10/22/07. (djc) (Entered: 11/01/2007) |
| 11/29/2007 | 6 | ORDER: The motion to suppress is entirely without merit, not cognizable on habeas corpus, and is denied. The motion for appointment of counsel is likewise denied without prejudice to renewal in the event an evidentiary hearing is required. The Court does not see sufficient likelihood of merit in the petition. The District Attorney or the Attorney General of the State of New York, as applicable, is directed to respond to the petition within 30 days of the date hereof. (Signed by Judge Lewis A. Kaplan on 11/27/07) Copies Mailed By Chambers.(js) (Entered: 12/06/2007) |
| 01/03/2008 | 7 | ENDORSED LETTER addressed to Judge Lewis A. Kaplan from Leilani Rodriguez dated 12/12/07 re: counsel for defendants request a sixty day extension from the original due date until 2/25/08 to file my response. ENDORSEMENT: Time extended to 1/25/08. (Signed by Judge Lewis A. Kaplan on 12/19/07) (dle) (Entered: 01/07/2008) |
| 01/03/2008 | 8 | ENDORSED LETTER addressed to Judge Lewis A. Kaplan from Justice Brunson dated 12/17/2007 re: requesting permission to amend my Petition. ENDORSEMENT: Granted provided amended petition is filed by 2/3/2008. (Signed by Judge Lewis A. Kaplan on 1/3/2008) (jar) (Entered: 01/07/2008) |
| 01/31/2008 | 9 | LETTER addressed to Judge Lewis A. Kaplan from Justice Brunson dated 12/5/07 re: Pro Se plaintiff writes in response to the Order Signed by Judge Lewis A. Kaplan denying his petition. Plaintiff also writes in regards to requesting forms from the pro se office that he has not received yet. Document filed by Justice Brunson.(ae) (Entered: 01/31/2008) |
| 02/25/2008 | 10 | DECLARATION of Leilani Rodriguez in Opposition to Petition for a Writ of Habeas Corpus. (rw) (Entered: 02/26/2008) |
| 02/25/2008 | 11 | MEMORANDUM OF LAW in Opposition re: 10 Declaration in Opposition. Document filed by Dale Artus. (rw) (Entered: 02/26/2008) |
| 02/25/2008 | 12 | STATE COURT TRANSCRIPT of proceedings in the Supreme Court, County of New York, Case Number 3623/02, held on 3/31/2003 before Judge Edward J. McLaughlin. (Volume 1 of 2) (rw) Modified on 2/26/2008 (rw). (Entered: 02/26/2008) |
| 02/25/2008 | 13 | STATE COURT TRANSCRIPT of proceedings in the Supreme Court, County of New York, Case Number 3623/02, held on 5/15/2003 before Judge Bonnie Wittner. (Volume 2 of 2)(rw) (Entered: 02/26/2008) |
| 03/05/2008 | 14 | ORDER that the petition is denied in all respects. The Clerk shall close the case. As no substantial question is presented, the Court denies a certificate of appealability and certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. 1915(a)(3). (Signed by Judge Lewis A. Kaplan on 3/5/08) Copies mailed by chambers. (dle) (Entered: 03/05/2008) |
| 03/05/2008 | | Transmission to Judgments and Orders Clerk. Transmitted re: 14 Order,, to the Judgments and Orders Clerk. (dle) (Entered: 03/05/2008) |
| 03/05/2008 | 15 | ENDORSED LETTER addressed to Judge Lewis A. Kaplan from Justice Brunson dated 2/27/08 re: pro se plaintiff requests permission from the Court to appeal to Second Circuit or an evidentiary hearing. ENDORSEMENT: Certificate of appealability denied. Any appeal from the 11/26/07 order would not be taken in good faith. (Signed by Judge Lewis A. Kaplan on 3/5/08) Copies mailed by chambers.(dle) (Entered: 03/05/2008) |

| Date | # | Description |
|---|---|---|
| 03/06/2008 | 16 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated March 5, 2008, the petition is denied in all respects; the Court finds that because no substantial showing is presented, a certificate of appealability is denied; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal herefrom would not be taken in good faith. (Signed by J. Michael McMahon, clerk on 3/6/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 03/06/2008) |
| 03/07/2008 | 17 | MOTION for an order granting petitioner request that the fingerprints be suppressed. Document filed by Justice Brunson.(dle) (Entered: 03/10/2008) |
| 03/10/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Justice Brunson. (ama) (Entered: 03/10/2008) |
| 03/25/2008 | 18 | NOTICE OF APPEAL from 16 Clerk's Judgment. Document filed by Justice Brunson. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 04/24/2008) |
| 03/25/2008 | | Appeal Remark as to 18 Notice of Appeal filed by Justice Brunson. $455.00 APPEAL FEE DUE. IFP REVOKED 3/5/08. COA DENIED 3/5/08. (tp) (Entered: 04/24/2008) |
| 04/24/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 18 Notice of Appeal. (tp) (Entered: 04/24/2008) |
| 04/24/2008 | | Transmission of Notice of Appeal to the District Judge re: 18 Notice of Appeal. (tp) (Entered: 04/24/2008) |